# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

HONORABLE: Rebecca Rutherford  
DEPUTY CLERK: L. Price  
LAW CLERK: _____  
INTERPRETER: _____  

PRESIDING: _____  
COURT REPORTER/TAPE NUMBER: Tutt. Ba.  
USPO: _____  
Date: March 4, 2024  

Cr.No. 3:24-cr-00049-S  
DEFT. No. _____  

UNITED STATES OF AMERICA  
v.  
BARRY WEINSTEIN (8)  

Chad Meachum_____, AUSA  

Clint Broden_____  
COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

### ARRAIGNMENT/REARRAIGNMENT

Time in Court: /h·

Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Direct Verdict  ☐ Evidence Entered  
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)  
☐ Mistrial  ☐ Settled/Guilty  ☐ None  

Days in Trial: _____  
Hearing Concluded: ☐ Yes  ☐ No  

☐ Defendant SWORN.  
☒ Arraignment  ☐ Rearraignment – Held on Count(s) ___1,2_____  
of the __2__ count(s) ☒ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Complaint  
☐ Sentencing Guidelines                                        ☐ Superseding Information  
☒ Deft enters a pleas of    ☒ Not Guilty  ☐ Guilty  ☐ Nolo  
☐ Waiver of Jury Trial  
☐ Waiver of Indictment filed  
☐ Plea Agreement accepted        ☐ Court defers acceptance of Plea Agreement  
☐ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement  
☐ Plea Agreement included with Factual Resume.  
☐ Factual Resume filed.  
☐ Sentencing set   Date: _____   Time: _____  
☐ Trial set for   Date: _____   Time: _____  
  Pretrial motions due: _____   Discovery motions/Government Responses due: _____  
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.  
☐ PSI waiver filed.   PSI due: _____   Pre-sentence Referral Form to: _____  
☒ Deft Bond  ☒ Set  ☐ reduced to $ _____   ☐ Cash  ☐ Surety  ☐ 10%  ☒ PR  
☐ Deft failed to appear, bench warrant to issue.  
☐ Bond  ☐ continued  ☐ forfeited  
☐ Deft Custody/Detention continued.  
☐ Deft REMANDED to custody.  

OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT  
NORTHERN DISTRICT OF TEXAS  
FILED  
MAR – 4 2024  
CLERK, U.S. DISTRICT COURT  
By_____ Deputy