# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO. 3:24-CR-00049-S-9 |
| § | |
| AMIR MORTAZAVI (01), ARVIN § | |
| ZEINALI (02), TRINITY CHAMPION § | |
| HEALTH CARE PARTNERS, LLC (03), § | |
| HEXAMED BUSINESS SOLUTIONS, § | |
| LLC (04), ROBERT LEISTEN (05), § | |
| AMY HAASE (06) A/K/A AMY HAASE § | |
| KEARNE, ARNOLD FARBSTEIN (07), § | |
| BARRY WEINSTEIN (08), § | |
| ERIC BERKMAN (09), JORGE CUZA § | |
| (10), KATHREN MCCARTY (11), § | |
| JAMES ELLIS (12), WALTER STRASH § | |
| (13), DAVID WOLF (14) § | |

## DECLARATION OF INGER H. CHANDLER
## IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

I, Inger H. Chandler, declare as follows:

1. I am licensed to practice law in the State of Texas and make this declaration under penalty of perjury based on personal knowledge.

2. I am over the age of 18, of sound mind, and capable of making this declaration and the facts stated herein are true and correct to the best of my knowledge.

3. I was hired to serve as co-counsel for Defendant Eric Berkman (hereinafter "Defendant") in this matter.

4. Defendant Berkman has more than adequate representation from his three counsels of record. Therefore, I am moving to withdraw as counsel for Defendant.

5. Notice has been provided of the filing of this Motion to Withdraw as Counsel to all counsel of record and there is no prejudice to any party involve in this matter.

6. This Motion to Withdraw as Counsel is UNOPPOSED.

I certify or declare under penalty of perjury, pursuant to the laws of the State of Texas, that the foregoing is true and correct.

    EXECUTED this 29th day of January 2025.

                                                      */s/ Inger H. Chandler*
                                                      Inger H. Chandler

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of January 2025, I served a true and correct copy of the foregoing by delivering same to each of the following individuals by ECF electronic filing below, addressed as follows:

Chad E. Meacham
U.S. Attorney's Office
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242-1699
Email: chad.meacham@usdoj.gov
*Attorneys for Plaintiff*

Donna S. Max
U.S. Attorney's Office
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242-1699
E-Mail: donna.max@usdoj.gov
*Attorneys for Plaintiff*

Marty Basu
U.S. Attorney's Office
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242-1699
E-Mail: marty.basu@usdoj.gov
*Attorneys for Plaintiff*

Paul Edward Coggins
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
E-Mail: pcoggins@lockelord.com
*Attorneys for Defendant Amir Mortazavi*

Jennifer Marie McCoy
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
E-Mail: jennifer.mccoy@lockelord.com
*Attorneys for Defendant Amir Mortazavi*

Kaci Marie Jones
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
E-Mail: kaci.jones@lockelord.com
*Attorneys for Defendant Amir Mortazavi*

Jay Dewald
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
E-Mail: jay.dewald@nortonrosefulbright.com
*Attorneys for Defendant Arvin Zeinali*

Scott Cashion Thomas
Winston & Strawn LLP
2121 North Pearl Street, 9th Floor
Dallas, TX 75209
E-Mail: scthomas@winston.com
*Attorneys for Defendant Trinity Champion Healthcare Partners LLC
and Hexamed Business Solutions LLC*

Angela Laughlin Brown
Gray Reed & McGraw LLP
1601 Elm Street, Suite 4600
Dallas, TX 75201
E-Mail: abrown@grayreed.com
*Attorneys for Defendant Robert Leisten*

Anthony Box
Gray Reed & McGraw LLP
1601 Elm Street, Suite 4600
Dallas, TX 75201
E-Mail: abox@grayreed.com
*Attorneys for Defendant Robert Leisten*

Chris A Davis
Gray Reed & McGraw LLP
1601 Elm Street, Suite 4600
Dallas, TX 75201
E-Mail: cdavis@grayreed.com
*Attorneys for Defendant Robert Leisten*

Joanne Musick
Musick Law Office PLLC
2219 Sawdust Road, Suite 201
Spring, TX 77380
E-Mail*:* joanne@musicklawoffice.com
*Attorneys for Defendant Amy Haase also known as Amy Haase Kerne*

Jessica Larson
Musick Law Office PLLC
2219 Sawdust Road, Suite 201
Spring, TX 77380
E-Mail: jessica@musicklawoffice.com
*Attorneys for Defendant Amy Haase also known as Amy Haase Kerne*

Christopher Downey
The Downey Law Firm
2814 Hamilton
Houston, TX 77004
E-Mail: chris@downeylawfirm.com
*Attorneys for Defendan*t *Arnold Firestein*

Daniel Kevin Hagood
Daniel K Hagood PC
3710 Rawlins Street, Suite 1600
Dallas, TX 75219
*E-Mail:* dhagood@hagoodhunt.com
*Attorneys for Defendant Barry Weinstein*

Alexandra Hunt
Daniel K Hagood PC
3710 Rawlins Street, Suite 1600
Dallas, TX 75219
*E-Mail:* ahunt@hagoodhunt.com
*Attorneys for Defendant Barry Weinstein*

Alexis Elizabeth Ann Fowler
Daniel K. Hagood PC
3710 Rawlins Street, Suite 1600
Dallas, TX 75219
E-Mail: afowler@hagoodhunt.com
*Attorneys for Defendant Barry Weinstein*

Chip Brandon Lewis
Chip B. Lewis LLC
1207 S. Shepherd Drive
Houston, TX 77019
Email: chip@chiplewislaw.com
*Attorneys for Defendant Eric Berkman*

Dean M Blumrosen
1207 S. Shepherd Drive
Houston, TX 77019
Email: dblumrosenlaw@gmail.com
*Attorneys for Defendant Eric Berkman*

Erin M Epley
Erin Epley Law Firm
1207 S. Shepherd Drive
Houston, TX 77019
Email: erin@epley-law.com
*Attorneys for Defendant Eric Berkman*

David B Gerger
Gerger Hennessy Martin & Peterson
700 Louisiana Street, Suite 2300
Houston, TX 77002
Email: dgerger@ghmfirm.com
*Attorneys for Defendant Jorge Cuza*

Michael John Uhl
Law Offices of Michael J. Uhl
Ross Towers
500 N. Akard, Suite 2150
Dallas, TX 75201
Email: mike@mikeuhllaw.com
*Attorneys for Defendant Jorge Cuza*

Rebecca Canamero
Holland & Knight
701 Brickell Ave, Suite 3300
Miami, FL 33176-4403
Email: rebecca.canamero@hklaw.com
*Attorneys for Defendant Jorge Cuza*

William C. McMurrey
908 Chestnut
Bastrop, TX 78602
214-909-6226
Email: wcm@mcmurreylaw.com
*Attorneys for Defendant Kathren McCarty*

James T Jacks
Law Office of James T Jacks
Ross Towers
500 N. Akard, Suite 2150
Dallas, TX 75201
Email: jim@jamesjackslaw.com
*Attorneys for Defendant James Ellis*

Jeffrey J Ansley
Vedder Price P.C.
300 Crescent Court, Suite 400
Dallas, TX 75201
Email: jansley@vedderprice.com
*Attorneys for Defendant Walter Strash*

Arianna G Goodman
Vedder Price P.C.
300 Crescent Court, Suite 400
Dallas, TX 75201
Email: agoodman@vedderprice.com
*Attorneys for Defendant Walter Strash*

Katherine Marie Devlin
Vedder Price P.C.
300 Crescent Court, Suite 400
Dallas, TX 75201
Email: kdevlin@vedderprice.com
*Attorneys for Defendant Walter Strash*

Neil A Calfas
Calfas Law Group, PLLC
110 Broadway Street, Suite 190
San Antonio, TX 78205
Email: neil@calfaslaw.com
*Attorneys for Defendant Walter Strash*

Samuel Marquis Deau
Vedder Price P.C.
300 Crescent Court, Suite 400
Dallas, TX 75201
Email: sdeau@vedderprice.com
*Attorneys Defendant Walter Strash*

                                    */s/ Inger H. Chandler*
                                    Inger H. Chandler