# United States District Court
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | |
| AMIR MORTAZAVI (1)<br>ARVIN ZEINALI (2)<br>TRINITY CHAMPION HEALTHCARE PARTNERS, LLC (3)<br>HEXAMED BUSINESS SOLUTIONS, LLC (4)<br>ROBERT LEISTEN (5)<br>AMY HAASE (6)<br>ARNOLD FARBSTEIN (7)<br>BARRY WEINSTEIN (8)<br>ERIC BERKMAN (9)<br>JORGE CUZA (10)<br>KATHREN MCCARTY (11)<br>JAMES ELLIS (12)<br>WALTER STRASH (13)<br>DAVID WOLF (14) | § § § § § § § § § § § § § § § § § | CRIMINAL ACTION NO. 3:24-CR-0049-S |

## ORDER

At the hearing on November 25, 2025, on Defendants' Motion to Dismiss Indictment [ECF No. 251], the Government orally moved to strike the following from the Indictment [ECF No. 1]:

- On page 9, "and 1349" from the Count One header; and
- On page 21, "(18 U.S.C. § 1952)); and in violation of 18 U.S.C. 1349."

There being no objections by Defendants, the Court **GRANTS** the Government's motion.

**SO ORDERED.**

SIGNED November 26, 2025.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE