IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMIR MORTAZAVI  (01)<br>ROBERT LEISTEN  (05)<br>AMY HAASE  (06)<br> A/K/A AMY HAASE KERNE<br>ARNOLD FARBSTEIN  (07)<br>ERIC BERKMAN  (09)<br>JORGE CUZA  (10)<br>KATHREN MCCARTY  (11)<br>JAMES ELLIS (12)<br>WALTER STRASH  (13)<br>DAVID WOLF  (14) | No. 3:24-CR-049-S |

## JOINT STATUS REPORT ON REMAINING PRETRIAL ISSUES

1. <u>Defendant's Joint Specific Motion for Discovery of
Exculpatory Evidence (Dkt. 250)</u>

The Government agrees in relation to witnesses that it will call at trial, if it is in the possession of the prosecution team, to provide the information sought in sub-parts "a" through "i" of Request No. 1.  The government makes the same agreement with respect to Requests No. 8 and 9.

Regarding the requests in sub-parts "j" through "q" of Request 1, the government understands its discovery obligations under *Brady, Giglio*, Rule 16 and the Court's orders, and the government and will continue to comply with those obligations.  The government states the same with regard to Requests 3, 4, 5, 6, 7, and 10.

Regarding request 2 with respect to proceedings before the grand jury, the Government expects that request to become moot.

The defense submits that the remaining requests for discovery in sub-parts "j" through "q" of Request 1 and the items described in Requests 3, 4, 5, 6, 7, and 10 would constitute discoverable evidence pursuant to *Brady, Giglio*, Rule 16 and the Court's orders if such evidence is in the possession of the Government.

2. <u>Motion for Separate Hearing to Determine the Existence of Conspiracy Prior to Admissions of Statements (Dkt. 253).</u>

The Government does not agree with this request and stands by its prior briefing and arguments on this issue. (Dkt. 278 at 306).

The Defense submits that the Motion should be granted for the reasons articulated in its prior response.

3. <u>Motion for Early Disclosure of *Jencks* Act Material (Dkt. 254).</u>

The government opposes this request and states it will comply with this District's established precedent of turning over *Jencks* material one-day prior to calling the witness. The government represents to the Court and Defendants that any material turned over in this fashion will not be voluminous.

The Defense recognizes the legitimacy of the practice proposed by the Government but would point out to the court the Notes of the Advisory Committee on Rules associated with Federal Rule of Criminal Procedure Rule 26.2 which states in relevant part that "[t]he rule is not intended to discourage the practice of voluntary disclosure at an earlier time so as to avoid delays at trial." Given the complexity of the

case on trial and the number of co-defendants and their counsel who will need to coordinate amongst themselves the litigation and presentation of the varied defensive theories in the case, the defense submits this case warrants the disclosure of Jencks material at a time earlier than one day before the presentation of a witness. While the motion presently seeks disclosure 15 days before trial, the defense would request the Court compel the production of responsive material not less than 5 days before the presentation of a witness.

          Respectfully submitted,

          RYAN RAYBOULD
          UNITED STATES ATTORNEY

          */s/ Marty Basu*
          CHAD E. MEACHAM
          Assistant United States Attorney
          Texas Bar No. 00784584
          Email: chad.meacham@usdoj.gov
          MARTY BASU
          Assistant United States Attorney
          Illinois Bar No. 6302360
          Email: marty.basu@usdoj.gov
          ELISE ALDENDIFER
          Texas Bar No. 24124103
          Email:  elise.aldendifer@usdoj.gov
          1100 Commerce Street, Third Floor
          Dallas, Texas 75242-1699
          Tel: (214) 659-8600
          Fax: (214) 659-8809
          A**ttorneys for the United States**

          CHRISTOPHER DOWNEY

          */s/ Christopher Downey*
          CHRISTOPHER DOWNEY

                    Texas Bar No. 00787393
                    Email: chris@downeylawfirm.com
                    The Downey Building
                    2814 Hamilton Street
                    Houston, Texas 77004
                    Tel: (713) 651-0400
                    **Attorney for Arnold Farbstein**